Motion to dismiss appeal granted.  Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JAMES J. O'BRIEN, Appellant, v. WALTER B. LASHAR and Others, Respondents. — Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HELEN LORDEN, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

WALTER SCHLEGELMILCH, Respondent, v. GULF REFINING COMPANY, Appellant.— Motion for stay granted until five days after determination of the appeal herein.  Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.  Settle order on notice.

MARIE STANDINGER and Others, Appellants, v. CORONA FUEL & SUPPLY COMPANY, INC., Respondent.— Motion for stay denied.  Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

KATHRYN FOWLER STONEY, Respondent, v. ARTHUR C. STONEY, Appellent.— Motion to compel respondent to accept notice of appeal granted, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MARY BOLAND, Respondent, v. LYNN STARLING, Appellant.— Order denying defendant's motion to vacate attachment reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.  The plaintiff's affidavit as to the defendant's residence shows no personal knowledge as to his residence, and is based entirely upon information and belief.  No reason is given why the affidavit of plaintiff's informant is not produced.  Plaintiff's statements, therefore, are merely hearsay, and are insufficient as a basis for granting the attachment.  (*Hoormann* v. *Climax Cycle Co.*, 9 App. Div. 579; *Cousins* v. *Schlichter*, 135 id. 779; *Delaney* v. *Bouse*, 91 id. 437; *Gumbes* v. *Hicks*, 116 id. 120; affd., 190 N. Y. 532.)  Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.)

CLARA L. BOND, an Infant, by ELMER R. BOND, Her Guardian ad Litem, Respondent, v. FREDERICK DRAPER OLMSTED, JR., Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

GEORGE J. CANNON, Respondent, v. JOHN J. KUHN, as Receiver of the RICHMOND LIGHT AND RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

ROSIE CARBONE, Appellant, v. ALBERT LEVY and Others, Copartners, etc., Respondents.— Judgment unanimously affirmed, without costs.  Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

DELIA CAREW, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, INC., etc., Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

MICHAEL CORCORAN, Respondent, v. HUNTINGTON LUMBER AND COAL COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.  This case was tried with *Smith* v. *Huntington Lumber & Coal Co.* (*post*, p. 807), decided